# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

149177

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NASIR ALI, MIR ASGHAR, and MID
MICHIGAN AMBULATORY PHYSICIAN,
PLC d/b/a ADVANCE URGENT CARE &
WALK-IN CLINIC,
        Plaintiffs-Appellants,

v

SC: 149177
COA: 313939
Ingham CC: 11-001326-CK

HORA S. LOLOEE,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



Clerk

t0924